# UNITED STATES DISTRICT COURT

SOUTHERN                    DISTRICT OF                    CALIFORNIA

### APPEARANCE

Case Number: 08mj1124

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

GUSTAVO ROSAS-SANTILLAN

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/21/2008 | /s/ ELIZABETH M. BARROS |
| Date | Signature |
| | Elizabeth M. Barros/Federal Defenders of SD   227629 |
| | Print Name                              Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City            State            Zip Code |
| | (619) 234-8467        (619) 687-2666 |
| | Phone Number              Fax Number |

1 | **ELIZABETH M. BARROS**
California State Bar No. 227629
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
4 | E-Mail: elizabeth_barros@fd.org

5 | Attorneys for Gustavo Rosas-Santillan

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08mj1124 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| GUSTAVO ROSAS-SANTILLAN, | ) | |
| Defendant. | ) | |

Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov

Respectfully submitted,

DATED:    April 21, 2008        /s/ Elizabeth M. Barros
**ELIZABETH M. BARROS**
Federal Defenders of San Diego, Inc.
Attorneys for Gustavo Rosas-Santillan