AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
| v. | |
| ~~GUSTAVO ROSAS-SANTILLAN~~ Juan Noel Fonseca-Panduro | CASE NUMBER: 08cr1662-BTM |

I, ~~GUSTAVO ROSAS-SANTILLAN~~ Juan Noel Fonseca-Panduro, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/22/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*Juan Noel Fonseca Panduro*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
JUDICIAL OFFICER

FILED
MAY 22 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY